UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
March 12, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| Paymentech, LLC, *et al.*, | § |
| Plaintiffs, | § |
| *versus* | §    Civil Action H-18-1622 |
| Landry's Inc., | § |
| Defendant. | § |

## Order Denying Strike

The motion to strike the Mandiant report by Landry's, Inc., is denied. (116)

Signed on March 12, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge