UNITED STATES DISTRICT COURT　　　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
May 10, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Paymentech, LLC, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Civil Action H-18-1622 |
| | § | |
| Landry's Inc., | § | |
| | § | |
| Defendant. | § | |

## Final Judgment

Landry's will reimburse Chase for the assessments paid to Visa and Masercard. (106)

Signed on May 7, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge