IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **PAYMENTECH, LLC &** | § | |
| **JPMORGAN CHASE BANK, N.A.** | § | |
| Plaintiffs | § | |
| | § | |
| vs. | § | |
| | § | |
| **LANDRY'S, INC.**, | § | |
| Defendant/Third-Party Plaintiff | § | CIVIL ACTION NO. H-18-1622 |
| | § | |
| vs. | § | |
| | § | |
| **VISA INC.** and **MASTERCARD** | § | |
| **INTERNATIONAL INC.** | § | |
| Third-Party Defendants. | § | |

## Landry's Notice of Appeal

Notice is hereby given that **Defendant and Third-Party Plaintiff Landry's, Inc.** appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment (ECF No. 146) entered on May 7, 2021 in the above-referenced matter, *Paymentech LLC & JPMorgan Chase Bank, N.A. v. Landry's, Inc. v. Visa, Inc. and Mastercard International, Inc.*, Civil Action No. H-18-1622, in the United States District Court for the Southern District of Texas, together with all rulings, orders, proceedings, findings, and decisions (whether oral or written) incorporated into, underlying, or interlocutory to the Final Judgment, including but not limited to:

- the Opinion on Summary Judgment (ECF No. 105) entered on February 10, 2020;

- the Opinion on Dismissal (ECF No. 138) and Order on Dismissal (ECF No. 139) entered on February 12, 2021;

- the Order Denying Strike (ECF no. 142) entered on March 12, 2021; and

- the Opinion on Partial Summary Judgment (ECF No. 145) entered on May 7, 2021.

Submitted: May 13, 2021

By:/s/ Douglas H. Meal
**ORRICK, HERRINGTON & SUTLIFFE LLP**
Douglas H. Meal, *admitted pro hac vice*
**Attorney-in-Charge as to claims against VISA, Inc. and MasterCard International, Inc.**
dmeal@orrick.com

Seth C. Harrington, *admitted pro hac vice*
Of Counsel
sharrington@orrick.com
222 Berkeley Street Suite 2000
Boston, MA 02116-3740
Telephone: (617) 880-1800
Facsimile: (617) 880-1801

**GRAY REED & MCGRAW LLP**
Kristen W. Kelly
Texas Bar No. 24046198
Federal I.D. No. 690180
kkelly@grayreed.com
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7228
Facsimile: (713) 986-7100

**Counsel for LANDRY'S, INC. as to claims against VISA, Inc. and MASTERCARD INTERNATIONAL, INC.**

**FOGLER, BRAR, O'NEIL & GRAY LLP**

By: */s/ Michelle E. Gray*
Michelle Gray
**Attorney-in-Charge as to claims by JPMorgan Chase Bank, N.A. and Paymentech LLC**
TX. State Bar No. 24078586
S.D. Tex. Bar No. 892270
mgray@foglerbrar.com

Murray Fogler
**Of Counsel**
State Bar No. 07207300
S.D. Tex. Bar No. 2003
mfogler@foglerbrar.com

2 Houston Center
909 Fannin, Suite 1640
Houston, Texas 77010
713-481-1010 (Main)
713-547-3224 (Fax)

**Counsel for LANDRY'S, INC. as to claims by PLAINTIFFS JPMORGAN CHASE BANK, N.A. AND PAYMENTECH LLC**

## CERTIFICATE OF SERVICE

I certify that on May 13, 2021, the foregoing was served via CM/ECF on all counsel of record pursuant to Local Rule 5.1.

*/s/ Michelle E. Gray*
Michelle E. Gray